**EXHIBIT 7**

 **Accurint® for Legal Professionals**

**Important:** The Public Records and commercially available data sources used on reports have errors  Data is sometimes entered poorly  processed incorrectly and is generally not free from defect  This system should not be relied upon as definitively accurate  Before relying on any data this system supplies  it should be independently verified  For Secretary of State documents  the following data is for information purposes only and is not an official record  Certified copies may be obtained from that individual state s Department of State  The criminal record data in this product or service may include records that have been expunged  sealed  or otherwise have become inaccessible to the public since the date on which the data was last updated or collected

Accurint does not constitute a "consumer report" as that term is defined in the federal Fair Credit Reporting Act  5 USC  68  et seq  (FCRA)  Accordingly  Accurint may not be used in whole or in part as a factor in determining eligibility for credit  insurance  employment or another permissible purpose under the FCRA

**Your DPPA Permissible Use:** Civil  Criminal  Administrative  or Arbitral Proceedings
**Your GLBA Permissible Use:** Use by Persons Holding a Legal or Beneficial  nterest Relating to the Consumer
**Your DMF Permissible Use:** No Permissible Purpose

## Comprehensive Report

**Date:** 09/13/23
**Reference Code:** PIC/BERTUS (EKSTROM)

**Report processed by:**
K ss nger & Fe  man
3773 Cherry Creek Dr ve Nor h
Denver, CO 80209-3804
303-320-6100 Ma n Phone
303-320-6613 Fax

**Report Legend:**
Shared Address
Deceased
Probab e Curren  Address

| Subject Information **(Best Information for Subject)** | AKAs **(Names Associated with Subject)** | Indicators |
|---|---|---|

**Subject Information**
**(Best Information for Subject)**
Name:  **LEROY J DAVENPORT JR**
Da e of B r h: **10/xx/1967**
Age: **55**
SSN:  **452-29-xxxx**  ssued  n **Texas** be ween **1/1/1974** and **12/31/1975**

**AKAs**
**(Names Associated with Subject)**

**LEROY J DAVENPORT**
 Age: **55**  SSN:  **452-29-xxxx**
**LEROY DAVENPORT**
 Age: **55**  SSN:  **452-29-xxxx**
**LEROY DAVENPORT**
 Age: **55**  SSN:  **452-29-xxxx**
**LEROY R DAVENPORT**
 Age: **55**  SSN:  **452-29-xxxx**
**LEROY DAVEPORT**
 Age: **55**  SSN:  **452-29-xxxx**
**LEROY DAVEPORT**
 Age: **55**  SSN:  **452-29-xxxx**
**LEROY BABENPORT**
 Age: **55**  SSN:  **452-29-xxxx**
**LEROY DAVENPORT**
 Age: **55**  SSN:  **452-28-xxxx**

SSN be ongs  o a person repor ed as deceased
**LEROY DAVENPORT**
 Age: **55**  SSN:  **452-29-xxxx**

**Indicators**

Bankrup cy: **Yes**
Proper y: **Yes**
Corpora e Aff  a ons: **Yes**



EXHIBIT 7



**Address Summary:**

5090 RIC  MOND AVE APT,   OUSTON, TX 77056-7402,   ARRIS COUNTY (Aug 2022 - Ju  2023)
18833 TOWN RIDGE LN APT 1215, WEBSTER, TX 77598-1592,   ARRIS COUNTY (Jun 2018 - Mar 2023)
1800   OLLEMAN DR APT 215, COLLEGE STATION, TX 77840-7208, BRAZOS COUNTY (Nov 2018 - Nov 2020)
3014 EDGEWICK ELM ST, FRESNO, TX 77545-8140, FORT BEND COUNTY (Aug 2006 - Nov 2010)
1800   OLLEMAN DR APT 1212, COLLEGE STATION, TX 77840-7214, BRAZOS COUNTY (Nov 2018 - Jan 2023)
3333 CUMMINS ST APT 804,   OUSTON, TX 77027-5817,   ARRIS COUNTY (Nov 2017 - Jun 2021)
12360 RIC  MOND AVE APT 1438,   OUSTON, TX 77082-2473,   ARRIS COUNTY (Oc  2014 - Oc  2018)
12360 RIC  MOND AVE APT 1535,   OUSTON, TX 77082-2475,   ARRIS COUNTY (Aug 2014 - Nov 2016)
13110   IG  BURY VIEW CT,   OUSTON, TX 77047-4480,   ARRIS COUNTY (May 2013 - Dec 2017)
9720 BROADWAY ST APT 1021, PEARLAND, TX 77584-8470, BRAZORIA COUNTY (Mar 2012 - Jan 2013)
6148 SOUT  WELL LN, LEAGUE CITY, TX 77573-1853, GALVESTON COUNTY (Ju  2007 - Aug 2016)
8300 SANDS POINT DR APT 906,   OUSTON, TX 77036-2786,   ARRIS COUNTY (Jun 2004 - Oc  2011)
3410 EDGEWICK ELM ST, FRESNO, TX 77545, FORT BEND COUNTY (Jan 2009)
10919 FONDREN RD APT 425,   OUSTON, TX 77096-5528,   ARRIS COUNTY (Jun 2004 - Aug 2007)
14600 FONMEADOW DR APT 1000,   OUSTON, TX 77035-6690,   ARRIS COUNTY (Nov 2005 - Jun 2006)
13150 BISSONNET ST APT 506,   OUSTON, TX 77099-2229,   ARRIS COUNTY (Jan 1998 - Jun 2003)
12910 AS  FORD POINT DR APT 4,   OUSTON, TX 77082-5252,   ARRIS COUNTY (Ju  1999 - Oc  2004)
6302 GRANDVALE DR,   OUSTON, TX 77072-2022,   ARRIS COUNTY (Mar 1997 - Jan 1999)
7438 GLEN MANOR DR,   OUSTON, TX 77028-1720,   ARRIS COUNTY (Oc  1995 - Oc  2014)
10534 BEEC  NUT ST APT,   OUSTON, TX 77072-4486,   ARRIS COUNTY (Oc  1993 - Jan 1995)
6101 W BELLFORT ST APT,   OUSTON, TX 77035-2257,   ARRIS COUNTY (Ju  1994)
7000 COOK RD APT 717,   OUSTON, TX 77072-2262,   ARRIS COUNTY (Dec 1990)
8025 DARLINGTON DR APT 2543,   OUSTON, TX 77028-2625,   ARRIS COUNTY (Dec 1989 - Aug 1990)
3000 MURWORT  DR APT,   OUSTON, TX 77025-4400,   ARRIS COUNTY (Nov 1989 - Ju  1990)
7660 P  OENIX DR APT,   OUSTON, TX 77030-4703,   ARRIS COUNTY (May 1990 - Jun 1996)
1800   OLLEMAN DR APT 114, COLLEGE STATION, TX 77840-7207, BRAZOS COUNTY (Nov 2018)
7660 FINEX,   OUSTON, TX 77030,   ARRIS COUNTY (Nov 1989)
12360 RIC  MOND AVE APT 1435,   OUSTON, TX 77082-2473,   ARRIS COUNTY (May 2016)

**EXHIBIT 7**

20815 S AMBER WILLOW TRL YRL, CYPRESS, TX 77433-5998,    ARRIS COUNTY (Jun 2007)


**Active Address(es):**

✔5090 RIC  MOND AVE APT,   OUSTON, TX 77056-7402,    ARRIS COUNTY (Aug 2022 - Ju  2023)
  **Name Associated with Address:**
   LEROY DAVENPORT JR
  **Property Ownership Information for this Address**
   **Property:**
    Parce  Number - 2226993
    Owner Name: MANAN ENTERPRISES INCORPORATED
    Owner Name 2: T  E UPS STORE
    Proper y Address: - 5090 RIC  MOND AVE,   OUSTON, TX 77056-7402,    ARRIS COUNTY
    Owner Address: 5090 RIC  MOND AVE,   OUSTON, TX 77056-7402,    ARRIS COUNTY
    Assessed Va ue - $11,000
    Da a Source - B



**Previous And Non-Verified Address(es):**

18833 TOWN RIDGE LN APT 1215, WEBSTER, TX 77598-1592,    ARRIS COUNTY (Jun 2018 - Mar 2023)
  **Name Associated with Address:**
   LEROY G DAVENPORT JR
  **Property Ownership Information for this Address**
   **Property:**
    Parce  Number - 1352620010001
    Owner Name: VR PALMILLA LIMITED PARTNERS  IP
    Owner Name 2: SAN PALMILLA
    Proper y Address: - 18833 TOWN RIDGE LN, WEBSTER, TX 77598,    ARRIS COUNTY
    Owner Address:
    To a  Marke  Va ue - $58,605,909
    Assessed Va ue - $58,605,909
    Land Va ue - $5,113,380
    Improvemen  Va ue - $53,492,529
    Year Bu   - 2016
    Lega  Descr p  on - RES B BLK 1 EASTFIELD MARKETPLACE
    Da a Source - B

1800   OLLEMAN DR APT 215, COLLEGE STATION, TX 77840-7208, BRAZOS COUNTY (Nov 2018 - Nov 2020)
  **Name Associated with Address:**
   LEROY J DAVENPORT
  **Property Ownership Information for this Address**
   **Property:**
    Parce  Number - 93960
    Book - 14862
    Page - 142
    Owner Name:   RA ENCLAVE LLC
    Proper y Address: - 1800   OLLEMAN DR, COLLEGE STATION, TX 77840-7206, BRAZOS COUNTY
    Owner Address:
    Sa e Da e - 08/13/2018
    Land Usage - MULTI FAMILY DWELLING
    Subd v s on Name - POLAR-BEK
    To a  Marke  Va ue - $26,732,099
    Assessed Va ue - $26,732,099
    Land Va ue - $2,896,214
    Improvemen  Va ue - $23,835,885
    Land S ze - 643,603 Square Fee
    Year Bu   - 1994
    Se  er Name: ALEXANDRIA GROUP LP
    Lega  Descr p  on - POLAR-BEK, LOT 1 REPLAT, ACRES 14.7751 & ASSOCIATED BPP
    Da a Source - A

3014 EDGEWICK ELM ST, FRESNO, TX 77545-8140, FORT BEND COUNTY (Aug 2006 - Nov 2010)
  **Name Associated with Address:**
   LEROY DAVENPORT JR

**EXHIBIT 7**

**Current Residents at Address:**
ANGE  A R STEP  EN
EVANGELINE A WILLIAMS
281-416-4703
**Property Ownership Information for this Address**
**Property:**
Parce  Number - 8944-06-002-0170-907
Owner Name: EVANGELINE WILLIAMS
Proper y Address: - 3014 EDGEWICK ELM ST, FRESNO, TX 77545-8140, FORT BEND COUNTY
Owner Address:
Sa e Da e - 05/05/2020
Sa e Pr ce - $187,431
Subd v s on Name - WINFIELD LAKES SEC 6
To a  Marke  Va ue - $170,550
Assessed Va ue - $170,550
Land Va ue - $30,000
Improvemen  Va ue - $140,550
Land S ze - 5,010 Square Fee
Year Bu    - 2006
Se  er Name: NAZNEEN K K  ARASK  UMBATTA
Lega  Descr p  on - WINFIELD LAKES SEC 6, BLOCK 2, LOT 17
Loan Amoun  - $185,576
Loan Type - FEDERAL   OUSING AUT  ORITY
Lender Name - GIBRALTAR MTG SVCS LLC GIBRALTAR MTG SVCS LLC
Da a Source - A

1800   OLLEMAN DR APT 1212, COLLEGE STATION, TX 77840-7214, BRAZOS COUNTY (Nov 2018 - Jan 2023)
**Name Associated with Address:**
LEROY DAVENPORT JR

3333 CUMMINS ST APT 804,   OUSTON, TX 77027-5817,   ARRIS COUNTY (Nov 2017 - Jun 2021)
**Name Associated with Address:**
LEROY DAVENPORT JR
**Property Ownership Information for this Address**
**Property:**
Parce  Number - 0410170020730
Owner Name: PLACE AT GREENWAY
Owner Name 2: RAMA PLACE AT GREENWAY LLC
Proper y Address: - 3333 CUMMINS ST,   OUSTON, TX 77027-5863,   ARRIS COUNTY
Owner Address: 1200 BLALOCK RD,   OUSTON, TX 77055-6471,   ARRIS COUNTY
Subd v s on Name - A C REYNOLDS SURVEY A-61
To a  Marke  Va ue - $27,399,777
Assessed Va ue - $27,399,777
Land Va ue - $22,948,640
Improvemen  Va ue - $4,451,137
Year Bu    - 1963
Lega  Descr p  on - TR 32 ABST 61 A C REYNOLDS
Da a Source - B

12360 RIC  MOND AVE APT 1438,   OUSTON, TX 77082-2473,   ARRIS COUNTY (Oc  2014 - Oc  2018)
**Name Associated with Address:**
LEROY J DAVENPORT
**Property Ownership Information for this Address**
**Property:**
Parce  Number - 1226950010001
Owner Name: S  ADOWLAKE OWNER LLC
Proper y Address: - 12360 RIC  MOND AVE,   OUSTON, TX 77082-2421,   ARRIS COUNTY
Owner Address: 5400 LYNDON B JO  NSON FWY, DALLAS, TX 75240-1000, DALLAS COUNTY
To a  Marke  Va ue - $65,198,587
Assessed Va ue - $65,198,587
Land Va ue - $12,904,068
Improvemen  Va ue - $52,294,519
Year Bu    - 2002
Lega  Descr p  on - RES A BLK 1 (BLDGS 1 T  RU 21) LODGES AT S  ADOWLAKE
Da a Source - B

**EXHIBIT 7**

12360 RIC   MOND AVE APT 1535,   OUSTON, TX 77082-2475,   ARRIS COUNTY (Aug 2014 - Nov 2016)
>    **Name Associated with Address:**
>    LEROY DAVENPORT JR


13110   IG   BURY VIEW CT,   OUSTON, TX 77047-4480,   ARRIS COUNTY (May 2013 - Dec 2017)
>    **Name Associated with Address:**
>    LEROY DAVENPORT JR
>>   **Current Residents at Address:**
>    EMIGDIO MIRANDA PEREZ
>    DIANA MUNOZ
>    C   RISTOP   ER T MOSLEY
>    **Property Ownership Information for this Address**
>>   **Property:**
>>    Parce  Number - 126-799-003-0036
>>    Owner Name: D MUNOZ
>>    Owner Name 2: MIRANDA E PEREZ
>>    Proper y Address: - 13110   IG   BURY VIEW CT,   OUSTON, TX 77047-4480,   ARRIS COUNTY
>>    Owner Address:
>>    Sa e Da e - 03/23/2020
>>    Sa e Pr ce - $123,125
>>    Subd v s on Name - REGAL OAKS SEC 04
>>    To a  Marke  Va ue - $292,219
>>    Assessed Va ue - $292,219
>>    Land Va ue - $25,224
>>    Improvemen  Va ue - $266,995
>>    Land S ze - 6,262 Square Fee
>>    Year Bu    - 2006
>>    Se  er Name: K   AN      OANG
>>    Lega  Descr p  on - LT 36 BLK 3 REGAL OAKS SEC 4
>>    Loan Amoun  - $98,500
>>    Loan Type - PRIVATE PARTY LENDER
>>    Lender Name -    OANG K   AN
>>    Da a Source - A


9720 BROADWAY ST APT 1021, PEARLAND, TX 77584-8470, BRAZORIA COUNTY (Mar 2012 - Jan 2013)
>    **Name Associated with Address:**
>    LEROY DAVENPORT JR
>    **Property Ownership Information for this Address**
>>   **Property:**
>>    Parce  Number - 7584-1001-000
>>    Owner Name: SOUT   WIND PEARLAND INVESTORS LLC
>>    Proper y Address: - 9720 BROADWAY ST, PEARLAND, TX 77584-8451, BRAZORIA COUNTY
>>    Owner Address:
>>    Subd v s on Name - SILVERLAKE COMM PARK P   A
>>    To a  Marke  Va ue - $23,379,500
>>    Assessed Va ue - $23,379,500
>>    Land Va ue - $3,026,250
>>    Improvemen  Va ue - $20,353,250
>>    Land S ze - 605,249 Square Fee
>>    Lega  Descr p  on - SILVERLAKE COMMERCIAL PARK P   ASE 10 (A0539   T&BRR) BLK 1 LOT RES A (UNRESTRICTED) BLK 2 RES D (REPLAT ´03) P   8 ACRES 13.8946
>>    Da a Source - A


6148 SOUT   WELL LN, LEAGUE CITY, TX 77573-1853, GALVESTON COUNTY (Ju  2007 - Aug 2016)
>    **Name Associated with Address:**
>    LEROY DAVENPORT
>>   **Current Residents at Address:**
>    AMY DUCKWORT   NEUMANN
>    BRIAN CURTIS NEUMANN
>    **Property Ownership Information for this Address**
>>   **Property:**
>>    Parce  Number - 7549-0001-0015-000
>>    Owner Name: GAYLON R NEUMANN
>>    Owner Name 2: RITA Y NEUMANN

Comprehens ve Repor

**EXHIBIT 7**

Proper y Address: - 6148 SOUT  WELL LN, LEAGUE CITY, TX 77573-1853, GALVESTON COUNTY
Owner Address:
Sa e Da e - 11/15/2022
Subd v s on Name - WESTOVER PARK SEC 7 2005
To a  Marke  Va ue - $445,667
Assessed Va ue - $445,667
Land Va ue - $69,490
Improvemen  Va ue - $376,177
Land S ze - 14,720 Square Fee
Year Bu   - 2006
Se  er Name: CAROL A MAY
Lega  Descr p  on - WESTOVER PARK SEC 7 ABST 606 (2005), BLOCK 1, LOT 15, ACRES 0.337
Da a Source - A

8300 SANDS POINT DR APT 906,   OUSTON, TX 77036-2786,   ARRIS COUNTY (Jun 2004 - Oc  2011)
**Name Associated with Address:**
LEROY DAVEPORT JR
713-773-9656
**Property Ownership Information for this Address**
**Property:**
Parce  Number - 0931400000001
Owner Name: ARTISAN WEST
Owner Name 2: SANDS POINT DRIVE LLC
Proper y Address: - 8300 SANDS POINT DR,   OUSTON, TX 77036-2786,   ARRIS COUNTY
Owner Address: 5425 WISCONSIN AVE, C  EVY C  ASE, MD 20815-3552, MONTGOMERY COUNTY
Subd v s on Name - S  ARPSTOWN COUNTRY CL EST 3 RP
To a  Marke  Va ue - $13,492,275
Assessed Va ue - $13,492,275
Land Va ue - $1,742,420
Improvemen  Va ue - $11,749,855
Year Bu   - 1980
Lega  Descr p  on - TR 17A BLK 17 S  ARPSTOWN COUNTRY CL EST 3 RP
Da a Source - B

3410 EDGEWICK ELM ST, FRESNO, TX 77545, FORT BEND COUNTY (Jan 2009)
**Name Associated with Address:**
LEROY J DAVENPORT JR

10919 FONDREN RD APT 425,   OUSTON, TX 77096-5528,   ARRIS COUNTY (Jun 2004 - Aug 2007)
**Name Associated with Address:**
LEROY DAVENPORT JR
**Property Ownership Information for this Address**
**Property:**
Parce  Number - 2307339
Owner Name: NANA S CAB SERVICE
Owner Name 2: NANA AGYEMAN
Proper y Address: - 10919 FONDREN RD,   OUSTON, TX 77096-5511,   ARRIS COUNTY
Owner Address: 10919 FONDREN RD APT 2523,   OUSTON, TX 77096-5535,   ARRIS COUNTY
Da a Source - B

14600 FONMEADOW DR APT 1000,   OUSTON, TX 77035-6690,   ARRIS COUNTY (Nov 2005 - Jun 2006)
**Name Associated with Address:**
LEROY DAVENPORT JR
713-729-9621
**Property Ownership Information for this Address**
**Property:**
Parce  Number - 115-915-010-0001
Owner Name: LEOW E TECK
Owner Name 2: ROSIE L KENG
Proper y Address: - 14600 FONMEADOW DR APT 1000,   OUSTON, TX 77035-6690,   ARRIS COUNTY
Owner Address:
Sa e Da e - 10/31/2012
Subd v s on Name - REMINGTON PLACE CONDOS
To a  Marke  Va ue - $81,785
Assessed Va ue - $81,785

Comprehens ve Repor

**EXHIBIT 7**

      Land Va ue - $15,539
      Imp ovemen  Va ue  $66,  46
      Land S ze - 190,078 Square Fee
      Year Bu   - 1984
     Se  er Name: ROYAL REMSI LLC
      Lega  Descr p  on - UNIT 1000 BLDG J 1.11904 INT COMMON LAND & ELE REMINGTON PLACE CONDO
      Da a Source - A

13150 BISSONNET ST APT 506,    OUSTON, TX 77099-2229,    ARRIS COUNTY (Jan 1998 - Jun 2003)
    **Name Associated with Address:**
     LEROY DAVENPORT JR
    **Property Ownership Information for this Address**
      **Property:**
        Parce  Number - 110-833-000-0083
       Owner Name: PIERCE S  IOWMIIN
        Proper y Address: - 13150 BISSONNET ST,    OUSTON, TX 77099-2200,    ARRIS COUNTY
        Owner Address:
        Sa e Da e - 04/16/1990
        Subd v s on Name - BECKFORD PLACE
        To a  Marke  Va ue - $701,757
        Assessed Va ue - $701,757
        Land Va ue - $235,520
        Improvemen  Va ue - $466,237
        Land S ze - 23,552 Square Fee
        Year Bu   - 1980
        Lega  Descr p  on - RES B3 BECKFORD PLACE
        Da a Source - A

12910 AS  FORD POINT DR APT 4,    OUSTON, TX 77082-5252,    ARRIS COUNTY (Ju  1999 - Oc  2004)
    **Name Associated with Address:**
     LEROY J DAVENPORT JR
    **Property Ownership Information for this Address**
      **Property:**
        Parce  Number - 115-204-001-0004
       Owner Name: GEORGIAN WESTSIDE   OLDINGS LTD
        Proper y Address: - 12910 AS  FORD POINT DR APT 4,    OUSTON, TX 77082-5252,    ARRIS COUNTY
        Owner Address:
        Sa e Da e - 12/20/1989
        Subd v s on Name - AS  FORD BEND T/  P   01 U/R
        To a  Marke  Va ue - $60,290
        Assessed Va ue - $60,290
        Land Va ue - $11,455
        Improvemen  Va ue - $48,835
        Land S ze - 645 Square Fee
        Year Bu   - 1983
        Lega  Descr p  on - UNIT 4 BLDG 1 1.8801 INT COMMON LAND & ELE AS  FORD BEND T/  P   1 U/R
        Da a Source - A

6302 GRANDVALE DR,    OUSTON, TX 77072-2022,    ARRIS COUNTY (Mar 1997 - Jan 1999)
    **Name Associated with Address:**
     LEROY DAVENPORT JR
      **Current Residents at Address:**
     MARIA E ALFARO
     MART  A   MOLINA
     C  RISTIAN PAOLO CABRERA
    **Property Ownership Information for this Address**
      **Property:**
        Parce  Number - 112-699-000-0044
       Owner Name: MARIA E MOLINA
       Owner Name 2: MARTA    MOLINA
        Proper y Address: - 6302 GRANDVALE DR,    OUSTON, TX 77072-2022,    ARRIS COUNTY
        Owner Address:
        Sa e Da e - 08/10/2007
        Sa e Pr ce - $105,735
        Subd v s on Name - BRAYS VILLAGE EAST SEC 01

Comprehens ve Repor

**EXHIBIT 7**

    To a  Marke  Va ue - $186,838
    Assessed Va ue - $168,746
    Land Va ue - $39,888
    Improvemen  Va ue - $146,950
    Land S ze - 4,864 Square Fee
    Year Bu  - 1980
  Se er Name: S  YAN B  ATIA
    Lega  Descr p  on - LT 44 BLK 9 BRAYS VILLAGE EAST SEC 1
    Loan Amoun  - $79,500
    Loan Type - CONVENTIONAL
    Lender Name - BANK OF AMERICA
    Da a Source - A

**7438 GLEN MANOR DR,   OUSTON, TX 77028-1720,   ARRIS COUNTY (Oc  1995 - Oc  2014)**

  **Name Associated with Address:**
    LEROY J DAVENPORT JR
      **Current Residents at Address:**
    UBERT GRAY JR
    JIMMIE L MASTERS
  **Property Ownership Information for this Address**
    **Property:**
      Parce  Number - 074-047-002-0026
      Owner Name:  UBERT GRAY
      Proper y Address: - 7438 GLEN MANOR DR,   OUSTON, TX 77028-1720,   ARRIS COUNTY
      Owner Address:
      Sa e Da e - 08/18/1989
      Subd v s on Name - GLEN MANOR SEC 01
      To a  Marke  Va ue - $34,042
      Assessed Va ue - $34,042
      Land Va ue - $29,520
      Improvemen  Va ue - $4,522
      Land S ze - 9,000 Square Fee
      Year Bu  - 1948
      Lega  Descr p  on - LT 26 BLK 2 GLEN MANOR SEC 1
      Da a Source - A

**10534 BEEC  NUT ST APT,   OUSTON, TX 77072-4486,   ARRIS COUNTY (Oc  1993 - Jan 1995)**

  **Name Associated with Address:**
    LEROY DAVENPORT JR
  **Property Ownership Information for this Address**
    **Property:**
      Parce  Number - 0420640000006
      Owner Name: VADORA INVESTMENT LLC
      Owner Name 2: ADORA VILLA
      Proper y Address: - 10534 BEEC  NUT ST,   OUSTON, TX 77072-4486,   ARRIS COUNTY
      Owner Address: 9310 LONG POINT RD,   OUSTON, TX 77055-4478,   ARRIS COUNTY
      To a  Marke  Va ue - $15,345,449
      Assessed Va ue - $15,345,449
      Land Va ue - $1,906,536
      Improvemen  Va ue - $13,438,913
      Year Bu  - 1980
      Lega  Descr p  on - TRS 1A-1 & 1A-6 ABST 210    A COBB
      Da a Source - B

**6101 W BELLFORT ST APT,   OUSTON, TX 77035-2257,   ARRIS COUNTY (Ju  1994)**

  **Name Associated with Address:**
    LEROY DAVENPORT JR
  **Property Ownership Information for this Address**
    **Property:**
      Parce  Number - 2152807
      Owner Name: LIVAN LEON-SANTANA
      Proper y Address: - 6101 W BELLFORT ST,   OUSTON, TX 77035-2257,   ARRIS COUNTY
      Owner Address: 6101 W BELLFORT ST,   OUSTON, TX 77035-2257,   ARRIS COUNTY
      Assessed Va ue - $13,358
      Da a Source - B

Comprehens ve Repor

**EXHIBIT 7**

7000 COOK RD APT 717,   OUSTON, TX 77072-2262,   ARRIS COUNTY (Dec 1990)
    **Name Associated with Address:**
       LEROY DAVENPORT JR
    **Property Ownership Information for this Address**
       **Property:**
          Parce  Number - 0111380000177
          Owner Name: PARQUE AT BELLAIRE
          Owner Name 2: WR   PROPERTIES INCORPORATED
          Proper y Address: - 7000 COOK RD,   OUSTON, TX 77072-2266,   ARRIS COUNTY
          Owner Address: 415 1ST AVE N, SAINT PETERSBURG, FL 33701-3802, PINELLAS COUNTY
          Subd v s on Name - DAIRY PROPERTY
          To a  Marke  Va ue - $14,774,797
          Assessed Va ue - $14,774,797
          Land Va ue - $1,273,820
          Improvemen  Va ue - $13,500,977
          Year Bu   - 1985
          Lega  Descr p  on - TRS 120B & 120C DAIRY PROPERTY
          Da a Source - B

8025 DARLINGTON DR APT 2543,   OUSTON, TX 77028-2625,   ARRIS COUNTY (Dec 1989 - Aug 1990)
    **Name Associated with Address:**
       LEROY DAVENPORT JR
    **Property Ownership Information for this Address**
       **Property:**
          Parce  Number - 076-087-009-0192
          Owner Name: ANNIE DAVENPORT
          Proper y Address: - 8025 DARLINGTON DR,   OUSTON, TX 77028-2625,   ARRIS COUNTY
          Owner Address:
          Sa e Da e - 01/02/1988
          Subd v s on Name - LARKSTONE PLACE
          To a  Marke  Va ue - $63,319
          Assessed Va ue - $63,319
          Land Va ue - $23,227
          Improvemen  Va ue - $40,092
          Land S ze - 7,076 Square Fee
          Year Bu   - 1949
          Lega  Descr p  on - LT 192 BLK 9 LARKSTONE PLACE
          Da a Source - A

3000 MURWORT   DR APT,   OUSTON, TX 77025-4400,   ARRIS COUNTY (Nov 1989 - Ju  1990)
    **Name Associated with Address:**
       LEROY DAVENPORT JR
    **Property Ownership Information for this Address**
       **Property:**
          Parce  Number - 19241
          Owner Name:   ORACE M T  OMAS
          Proper y Address: - 3000 MURWORT   DR,   OUSTON, TX 77025-4400,   ARRIS COUNTY
          Owner Address: 3000 MURWORT   DR APT 1904,   OUSTON, TX 77025-4415,   ARRIS COUNTY
          To a  Marke  Va ue - $2,880
          Assessed Va ue - $2,880
          Land Va ue - $2,880
          Land S ze - 43,560 Square Fee
          Lega  Descr p  on - A0552 S   ULL, MARTIN N,TRACT 10,1.0 ACRES
          Da a Source - A

7660 P   OENIX DR APT,   OUSTON, TX 77030-4703,   ARRIS COUNTY (May 1990 - Jun 1996)
    **Name Associated with Address:**
       LEROY DAVENPORT JR

1800   OLLEMAN DR APT 114, COLLEGE STATION, TX 77840-7207, BRAZOS COUNTY (Nov 2018)
    **Name Associated with Address:**
       LEROY J DAVENPORT

7660 FINEX,   OUSTON, TX 77030,   ARRIS COUNTY (Nov 1989)

**EXHIBIT 7**

**Name Associated with Address:**
   LEROY DAVENPORT

12360 RIC  MOND AVE APT 1435,   OUSTON, TX 77082-2473,   ARRIS COUNTY (May 2016)
   **Name Associated with Address:**
      LEROY DAVENPORT JR

20815 S AMBER WILLOW TRL YRL, CYPRESS, TX 77433-5998,   ARRIS COUNTY (Jun 2007)
   **Name Associated with Address:**
      LEROY J DAVENPORT JR
   **Property Ownership Information for this Address**
      **Property:**
         Parce  Number - 123-493-002-0005
         Owner Name: RYAN BROWN
         Owner Name 2: MELISSA BROWN
         Proper y Address: - 20815 S AMBER WILLOW TRL, CYPRESS, TX 77433-5998,   ARRIS COUNTY
         Owner Address: 20815 S AMBER WILLOW TRL, CYPRESS, TX 77433-5998,   ARRIS COUNTY
         Sa e Da e - 08/20/2014
         Sa e Pr ce - $328,937
         Subd v s on Name - FAIRFIELD VILLAGE WEST SEC 13
         To a  Marke  Va ue - $312,474
         Assessed Va ue - $312,474
         Land Va ue - $52,593
         Improvemen  Va ue - $259,881
         Land S ze - 10,685 Square Fee
         Year Bu   - 2004
       Se  er Name: MARIA DAVENPORT
         Lega  Descr p  on - LT 5 BLK 2 FAIRFIELD VILLAGE WEST SEC 13
         Loan Amoun  - $263,150
         Loan Type - CONVENTIONAL
         Lender Name - CORE LNDG
         Da a Source - A



**EXHIBIT 7**



**Source Information:**

| | | | |
|---|---|---|---|
| A  Sources | 185  Source Documen (s) |
| Bankrup cy Records | 1  Source Documen (s) |
| Dr ver L censes | 15  Source Documen (s) |
| Mo or Veh c e Reg s ra  ons | 38  Source Documen (s) |
| Person Loca or 1 | 9  Source Documen (s) |
| Vo er Reg s ra  ons | 8  Source Documen (s) |
| PhonesP us Records | 1  Source Documen (s) |

**EXHIBIT 7**

| | | |
|---|---|---|
| H s or ca  Person Loca or | 40 | Source Documen (s) |
| Person Loca or 2 | 5 | Source Documen (s) |
| Cr m na | 10 | Source Documen (s) |
| Tax Assessor Records | 20 | Source Documen (s) |
| Person Loca or 4 | 3 | Source Documen (s) |
| Person Loca or 5 | 24 | Source Documen (s) |
| Person Loca or 6 | 2 | Source Documen (s) |
| Ema  Address | 9 | Source Documen (s) |